# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

**BRODERICK DEON PATTERSON,** §
§
**Petitioner,** §
§
**v.** §
§     Civil Action No. 7:18-cv-028-O
**LORIE DAVIS, Director,** §
**Texas Department of Criminal Justice,** §
**Correctional Institutions Division,** §
§
**Respondent.** §

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DENIED.**

**SO ORDERED** this **10th day** of **April, 2018**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**